1  SIEGMUND F. FUCHS
   Senior Trial Attorney, Torts Branch
2  D.C. Bar No. 986828
   U.S. Department of Justice
3  Ben Franklin Station
   P.O. Box 7146
4  Washington, D.C.  20044-7146
   Telephone: (202) 616-4322
5  Facsimile: (202) 616-4314
   Email: siegmund.f.fuchs@usdoj.gov
6
   Attorney for the Federal Defendants
7
                **UNITED STATES DISTRICT COURT**
8
              **SOUTHERN DISTRICT OF CALIFORNIA**
9

10   ELIZABETH JIMINEZ, individually,      Consolidated Case Nos.:
                                              17cv1205-BTM-AGS
11   and as successor in interest of           18cv1269-BTM-AGS
     FERNANDO GEOVANNI LLANEZ,
12   deceased; FERNANDO LLANEZ,           NOTICE OF MOTION AND MOTION
     individually, and as successor in interest   FOR SUMMARY JUDGMENT BY THE
13   of FERNANDO GEOVANNI LLANEZ,         UNITED STATES OF AMERICA AND
                                          RONALDO GONZALEZ
14   deceased
                        Plaintiffs,
15

16            vs.
                                          CTRM:   15B
17   THE UNITED STATES OF AMERICA;        JUDGE:   Hon. Barry Ted Moskowitz
18   RONALDO RICARDO GONZALEZ, an         [PER CHAMBERS, NO ORAL
     individual; MARCUS OSORIO, an        ARGUMENT UNLESS REQUESTED
19   individual; CHRIS BARONI, an         BY THE COURT]
20   individual; ANGELA SANCHEZ, an
     individual; MICHAEL BURBANK, an
21   individual; JEREMY DORN, an
22   individual; ANTHONY
     CASTELLANOS, an individual; MARK
23   MEREDITH, an individual; and DOES
24   1-100, inclusive,
25                      Defendants.
26
27
28
                              1

1
2
3
4
5
6

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 6, 2020, at 11:00 a.m. or as soon thereafter as this matter can be heard in Courtroom 15B of the United States District Court located at 333 West Broadway, San Diego, California, THE UNITED STATES OF AMERICA and RONALDO GONZALEZ move for summary judgment on the following grounds:

7
8

    (1)  Defendant Gonzalez is entitled to summary judgment on the excessive force claim based on qualified immunity because the evidence shows that his actions did not violate any clearly established Fourth Amendment right.

9
10

    (2)  The United States is entitled to summary judgment on the assault and battery claim because the evidence shows its conduct is not actionable under California law.

11
12
13
14

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Notice of Lodgement of Exhibits filed concurrently herewith, all pleadings and filings in this action, and upon such other matters presented to the Court.

15  DATED: September 29, 2020

Respectfully submitted,

16
17

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General,
Civil Division

18
19

ROBERT S. BREWER, JR.
United States Attorney
Southern District of California

20
21

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

22
23

RICHARD MONTAGUE
Senior Trial Counsel
Torts Branch, Civil Division

24
25
26

s/ Siegmund F. Fuchs
SIEGMUND F. FUCHS
Senior Trial Attorney
Torts Branch, Civil Division

27  Attorneys for the Federal Defendants

28

2