SIEGMUND F. FUCHS
Senior Trial Attorney, Torts Branch
D.C. Bar No. 986828
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
Telephone: (202) 616-4322
Facsimile: (202) 616-4314
Email: siegmund.f.fuchs@usdoj.gov

Attorney for the Federal Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JIMINEZ, individually, and as successor in interest of FERNANDO GEOVANNI LLANEZ, deceased; FERNANDO LLANEZ, individually, and as successor in interest of FERNANDO GEOVANNI LLANEZ, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; RONALDO RICARDO GONZALEZ, an individual; MARCUS OSORIO, an individual; CHRIS BARONI, an individual; ANGELA SANCHEZ, an individual; MICHAEL BURBANK, an individual; JEREMY DORN, an individual; ANTHONY CASTELLANOS, an individual; MARK MEREDITH, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Consolidated Case Nos.:<br>17cv1205-BTM-AGS<br>18cv1269-BTM-AGS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, SIEGMUND F. FUCHS, am a citizen of the United States and am at least eighteen years of age. My business address is U.S. Department of Justice, Torts Branch, Benjamin Franklin Station, Washington, D.C., 20044-7146.

I am not a party to the above-captioned case. I have caused service of the following documents:

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

NOTICE OF LODGMENT OF EXHIBITS

on the parties listed below by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties and/or their counsel in this case:

Jorge I. Hernandez
823 Anchorage Place
Chula Vista, CA  91914

Daniel Martin Smith
585 Third Avenue
Chula Vista, CA  91914

Karen Lynn Rogan
276 Fourth Avenue
Chula Vista, CA  91910

By way of Federal Express, I have caused service of Exhibit Four to the Notice of Lodgment, a copy of the compact disc, to the above-referenced parties and/or their counsel (Mr. Hernandez and Ms. Rogan) at the above-referenced mailing addresses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2020.      s/ Siegmund F. Fuchs
                                                                            SIEGMUND F. FUCHS